

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00317-CV

Lloyd Hurt **KELLNER** Trent C. Kellner, Linda Cunningham, Independent Administrator of The Estate of William Smith Nelson, Jr., Billie Alleen Kuhnel, Michael James Dworaczyk, Evelyn Hartman, Katherine Zaiontz, Otto Leo Henke, Jr., Patricia Ann Henke, Lucy Sturm, and Thomas Dworaczyk,
Appellants

v.

**XTO ENERGY, INC.**, Newfield Exploration Company, Imperial Oil Company, Momentum Oil & Gas, LLC, and Modelo Energy, LLC,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 15-09-0864-CVA
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). The parties shall bear their own costs. *See* TEX. R. APP. P. 42.1(d).

SIGNED July 25, 2018.

_____
Karen Angelini, Justice